UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

Eddie R. and Kathy M. Walters,            )
                                          )
            Plaintiffs,                   )    C/A No. 6:08-288-HMH
                                          )
        v.                                )
                                          )    **OPINION & ORDER**
D.R. Horton, Inc.,                        )
            Defendant.                    )

This matter is before the court on the parties' consent motion referring claims to arbitration. After review, the court grants the parties' motion. In addition, the parties request that the court stay this action pending arbitration. However, because all claims between the parties are to be submitted to arbitration, the case is dismissed. See Choice Hotels Int'l, Inc. v. BSR Tropicana Resort, Inc., 252 F.3d 707, 709-10 (4th Cir. 2001) ("[D]ismissal is a proper remedy when all of the issues presented in a lawsuit are arbitrable.").

It is therefore

**ORDERED** that the consent motion referring claims to arbitration, docket number 8, is granted and this case is dismissed.

**IT IS SO ORDERED.**

                                s/Henry M. Herlong, Jr.
                                United States District Judge

Greenville, South Carolina
March 7, 2008